H. Grant Law (SBN 144505)
hlaw@shb.com
Samantha K.N. Burnett (SBN 320262)
sburnett@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:	415.544.1900
Facsimile:	415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>Defendant. | Case No. 2:20-cv-00116-WBS-KJN<br><br>[<br>**ORDER GRANTING JOINT REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES** |
| BYRON PAIZS,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>Defendant. | Case No. 2:20-cv-00325-WBS-KJN |

The Court, having reviewed the parties' Joint Request to Continue Initial Scheduling Conference and Related Deadlines and good cause appearing, orders a 90-day continuance of all deadlines, including the scheduling conferences set for May 11, 2020, and June 8, 2020 and the Local Rule 240 and Fed. R. Civ. Proc. 26(a) and (f) requirements triggered by those dates.

These cases have been consolidated for purposes of fact discovery, expert discovery, and dispositive motion practice. The parties shall, therefore, appear for a joint Initial Scheduling

Conference on **September 28, 2020 at 1:30 p.m.**  A joint status report shall be filed no later than September 14, 2020.  The June 8, 2020 scheduling conference is vacated.

**IT IS SO ORDERED.**

Dated:  April 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE