1  H. Grant Law (SBN 144505)
   hlaw@shb.com
2  Samantha K.N. Burnett (SBN 320262)
   sburnett@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2600
4  San Francisco, California 94104
   Telephone:    415.544.1900
5  Facsimile:     415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

| 11 | AMERICAN FIRE & CASUALTY COMPANY, | Case No. 2:20-cv-00116-WBS-KJN |
|---|---|---|
| 12 | Plaintiff, | **ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |
| 13 | | |
| 14 | vs. | |
| 15 | FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25, | |
| 16 | Defendant. | |
| 17 | BYRON PAIZS, | Case No. 2:20-cv-00325-WBS-KJN |
| 18 | Plaintiff, | |
| 19 | vs. | |
| 20 | FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25, | |
| 21 | Defendant. | |

22

23

24

25

26

27

28

1

**ORDER**

2

Having considered Defendant Ford Motor Company's *Ex Parte* Application for Order

3

Continuing the September 28, 2020 Initial Scheduling Conference, and good cause appearing, Ford's

4

*Ex Parte* Application is hereby GRANTED.  The parties shall, therefore, appear for a joint Initial

5

Scheduling Conference on October 26, 2020.  A Joint Status Report shall be filed no later than

6

October 12, 2020.

7

     **IT IS SO ORDERED.**

8

9

Dated:  July 30, 2020

10

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING EX PARTE APP. TO CONTINUE INITIAL SCHEDULING CONFERENCE
CASE NOS. 2:20-CV-00116-WBS-KJN AND 2:20-CV-00325-WBS-KJN