LAW OFFICES OF LAWRENCE M. KNAPP
LAWRENCE M. KNAPP, State Bar No. 166932
CATHERINE KNAPP, State Bar No. 333216
*Knapp@lmklaw.net*
*Cknapp@lmklaw.net*
250 Dorris Place
Stockton, California 95204
Telephone: 209.946.4440
Facsimile: 209.466.1170

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>          Defendant. | Case No. 2:20-cv-00325-WBS-KJN<br><br>**STIPULATION AND JOINT MOTION FOR SUBSTITUTION OF PARTY UNDER RULE 25(a)(1); ORDER** |
| BYRON PAIZS<br><br>          Plaintiff,<br>     vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>          Defendant. | |

1. Pursuant to Fed. R. Civ. P. 15(a) and Fed. R. Civ. P. 25(a), Beatrice Daily, executrix of the Estate of Byron Paizs, Deceased, desires to amend the case caption to reflect Beatrice Daily's new status as plaintiff in this action and to substitute parties accordingly.

2. Plaintiff's counsel represents that on July 4, 2021, Plaintiff in the above-captioned matter, Byron Paizs, passed away.

3. Plaintiff's counsel further represents that Beatrice Daily has been appointed executrix of the Estate of Byron Paizs, Deceased and on July 27, 2021, Beatrice Daily, in her capacity as the executrix of the Estate of Byron Paizs, Deceased, retained the Law Offices of Lawrence M. Knapp as counsel for the above-captioned matter.

4. Based on this representation, Defendant Ford Motor Company agrees to the substitution of "Beatrice Daily, Executrix of the Estate of Byron Paizs, Deceased," in place of "Byron Paizs" as plaintiff in this case. To the extent permitted by law, all rights and defenses with respect to any and all claims asserted by former plaintiff Byron Paizs are reserved and shall apply equally as against Beatrice Daily, Executrix of the Estate of Byron Paizs, Deceased.

In accordance with the foregoing,

IT IS HEREBY STIPULATED by the parties that the case caption be amended to reflect Beatrice Daily's new capacity as plaintiff and that the Court order a substitution of parties under Fed. R. Civ. P. 25(a)(1).

Respectfully Submitted,

DATED: July 29, 2021     LAW OFFICES OF LAWRENCE M. KNAPP

By: _____/s/ Catherine Knapp_____
Catherine Knapp
Attorney for Plaintiff BEATRICE DAILY,
EXECUTRIX OF THE ESTATE OF BYRON
PAIZS, DECEASED

DATED: August 1, 2021     SHOOK, HARDY & BACON L.L.P.

By: _____/s/ Samantha Burnett_____
H. GRANT LAW
SAMANTHA BURNETT
MELINA MANETTI
Attorneys for Defendant FORD MOTOR
COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT Beatrice Daily, Executrix of the Estate of Byron Paizs, Deceased, is substituted as plaintiff in place of Byron Paizs and the case caption may be amended accordingly as follows:

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY, | Case No. 2:20-cv-00325-WBS-KJN |
| Plaintiff, | |
| vs. | |
| FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25, | |
| Defendant. | |
| BEATRICE DAILY, EXECUTRIX OF THE ESTATE OF BYRON PAIZS, DECEASED | |
| Plaintiff, | |
| vs. | |
| FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25, | |
| Defendant. | |

**IT IS SO ORDERED.**

Dated: August 5, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE