1  Scott A. Richman (*admitted pro hac vice*)
   srichman@mtwlegal.com
2  MCDONALD TOOLE WIGGINS, P.C.
   111 N. Magnolia Ave., Suite 1200
3  Orlando, FL 32801
   Telephone:   407.246.1800
4  Facsimile:   407.246.1895

5  H. Grant Law (SBN 144505)
   hlaw@shb.com
6  Samantha Burnett (SBN: 320262)
   sburnett@shb.com
7  Melina Manetti (SBN: 318350)
   mmanetti@shb.com
8  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street, Suite 2300
9  San Francisco, California 94105
   Telephone:   415.544.1900
10 Facsimile:   415.391.0281

11 Attorneys for Defendant
   FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>Defendant. | Case No. 2:20-cv-00116-WBS-KJN<br><br>**STIPULATION AND ORDER CONTINUING TRIAL AND RELATED DATES** |
| BEATRICE DAILY, EXECUTRIX OF THE ESTATE OF BYRON PAIZS, DECEASED<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>Defendant. | Case No. 2:20-cv-00325-WBS-KJN |

Plaintiff American Fire & Casualty Company, Plaintiff Beatrice Daily, Executrix of the Estate of Byron Paizs, deceased, and Defendant Ford Motor Company jointly submit the following stipulation and proposed order seeking to continue the trial date and to extend the deadlines provided in the Court's Order dated May 4, 2021 re Modifications of Pretrial Scheduling order (Docket No. 27).

On May 4, 2021, the Court, in its Order re Modifications of Pretrial Scheduling order set the following dates:

| | |
|---|---|
| Fact Discovery to be completed by: | October 8, 2021 |
| Plaintiff's Expert Witness Disclosures by: | November 19, 2021 |
| Defense Expert Witness Disclosures by: | January 7, 2022 |
| Expert Discovery to be completed by: | March 11, 2022 |
| Dispositive motions to be filed by: | April 8, 2022 |
| Final pre-trial conference: | June 20, 2022 at 1:30 p.m. |
| Trial (5 day jury): | August 23, 2022 at 9:00 a.m. |

The parties have met and conferred, and agree that a continuance of the trial and related dates, in light of several factors, including the passing of Plaintiff Byron Paizs, the need for additional time for counsel to confer with the appointed executrix of the Estate of Byron Paizs, delays in completing discovery in light of Covid19 restrictions, and the need to schedule numerous witness depositions.

Therefore, the parties propose that the current Pre-trial Scheduling Order be modified to continue the following current dates by approximately four months as follows:

| | |
|---|---|
| Fact Discovery to be completed by: | February 11, 2022 |
| Plaintiff's Expert Witness Disclosures by: | March 25, 2022 |
| Defense Expert Witness Disclosures by: | May 6, 2022 |
| Expert Discovery to be completed by: | July 15, 2022 |
| Dispositive motions to be filed by: | September 9, 2022 |
| The final pre-trial conference to be set for: | November 14, 2022 |
| Trial to be set for: | January 13, 2023 |

**IT IS SO STIPULATED.**

Dated: August 9, 2021                                GROTEFELD HOFFMANN LLP


By: /s/ David Kestenbaum (as authorized on 8/5/2021)
      David Kestenbaum

      Attorneys for Plaintiff
      AMERICAN FIRE & CASUALTY CO.

Dated: August 9, 2021                                LAW OFFICES OF LAWRENCE M. KNAPP


By: /s/ Catherine Knapp (as authorized on 8/5/2021)
      Catherine Knapp

      Attorneys for Plaintiff
      BEATRICE DAILY, EXECUTRIX OF THE
      ESTATE OF BYRON PAIZS, DECEASED

Dated: August 9, 2021                                SHOOK, HARDY & BACON LLP


By:  /s/ Samantha K. N. Burnett
      Samantha K. N. Burnett

      Attorneys for Defendant
      FORD MOTOR CO.

# ORDER

Based on the stipulation of the parties and good cause appearing, the Order re Modifications of Pretrial Scheduling order is modified as follows:

| | |
|---|---|
| Fact Discovery to be completed by: | February 11, 2022 |
| Plaintiff's Expert Witness Disclosures by: | March 25, 2022 |
| Defense Expert Witness Disclosures by: | May 6, 2022 |
| Expert Discovery to be completed by: | July 15, 2022 |
| Dispositive motions to be filed by: | September 9, 2022 |
| The final pre-trial conference to be set for: | **November 21, 2022 at 1:30 p.m.** |
| Trial to be set for: | **January 10, 2023 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  August 10, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE