H. Grant Law (SBN 144505)
hlaw@shb.com
Samantha Burnett (SBN: 320262)
sburnett@shb.com
Melina Manetti (SBN: 318350)
mmanetti@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone:     415.544.1900
Facsimile:     415.391.0281

Scott A. Richman (*admitted pro hac vice*)
srichman@mtwlegal.com
MCDONALD TOOLE WIGGINS, P.C.
111 N. Magnolia Ave., Suite 1200
Orlando, FL 32801
Telephone:     407.246.1800
Facsimile:     407.246.1895

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>Defendant. | Case No. 2:20-cv-00116-WBS-KJN<br><br>**PARTIES' STIPULATION AND ORDER CONTINUING PRE-TRIAL DISCOVERY DATES** |
| BEATRICE DAILY, EXECUTRIX OF THE ESTATE OF BYRON PAIZS, DECEASED<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>Defendant. | Case No. 2:20-cv-00325-WBS-KJN |

Plaintiff American Fire & Casualty Company, Plaintiff Beatrice Daily, Executrix of the Estate of Byron Paizs, deceased, and Defendant Ford Motor Company jointly submit the following stipulation and proposed order seeking to extend the discovery deadlines provided in the Court's Order dated August 10, 2021 re Modifications of Pretrial Scheduling order (Docket No. 29).

On August 10, 2021, the Court set the following dates to govern pre-trial discovery and other related deadlines, including the trial date, for these cases:

| | |
|---|---|
| Fact Discovery to be completed by: | February 11, 2022 |
| Plaintiff's Expert Witness Disclosures by: | March 25, 2022 |
| Defense Expert Witness Disclosures by: | May 6, 2022 |
| Expert Discovery to be completed by: | July 15, 2022 |
| Dispositive motions to be filed by: | September 9, 2022 |
| The final pre-trial conference to be set for: | November 21, 2022 |
| Trial to be set for: | January 10, 2023 |

The parties have met and conferred, and agree that a continuance of only the discovery-related pre-trial dates is necessary, in light of several factors, including the volume of discovery to be completed and difficulties encountered in light of continuing Covid19 restrictions, rise of infection rates related to the Omicron variant, and the need to schedule numerous additional witness depositions.

Therefore, the parties propose that the current Pre-trial Scheduling Order be modified to continue the following fact and expert discovery deadlines as follows:

| | |
|---|---|
| Fact Discovery to be completed by: | March 25, 2022 |
| Plaintiff's Expert Witness Disclosures by: | May 6, 2022 |
| Defense Expert Witness Disclosures by: | June 17, 2022 |
| Expert Discovery to be completed by: | July 29, 2022 |

**IT IS SO STIPULATED.**

//
//
//

1  Dated: December 31, 2021                    GROTEFELD HOFFMANN LLP

2

3                                              By: /s/ David Kestenbaum (as authorized on 12/30/2021)
                                                   David Kestenbaum
4
                                                   Attorneys for Plaintiff
5                                                  AMERICAN FIRE & CASUALTY CO.

6
   Dated: December 31, 2021                    LAW OFFICES OF LAWRENCE M. KNAPP
7

8                                              By: /s/ Catherine Knapp (as authorized on 12/30/2021)
                                                   Catherine Knapp
9

10                                                 Attorneys for Plaintiff
                                                   BEATRICE DAILY, EXECUTRIX OF THE
11                                                 ESTATE OF BYRON PAIZS, DECEASED

12
   Dated: December 31, 2021                    SHOOK, HARDY & BACON LLP
13

14
                                               By:  /s/ Samantha K. N. Burnett
15                                                  Samantha K. N. Burnett

16
                                                   Attorneys for Defendant
17                                                 FORD MOTOR CO.

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Based on the stipulation of the parties and good cause appearing, the Order re Modifications of Pretrial Scheduling order is modified as follows:

| | |
|---|---|
| Fact Discovery to be completed by: | March 25, 2022 |
| Plaintiff's Expert Witness Disclosures by: | May 6, 2022 |
| Defense Expert Witness Disclosures by: | June 17, 2022 |
| Expert Discovery to be completed by: | July 29, 2022 |

**IT IS SO ORDERED.**

Dated:  January 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE