Maura Walsh Ochoa (SBN 193799)
mochoa@ghlaw-llp.com
David Kestenbaum (SBN 253749)
dkestenbaum@ghlaw-llp.com
GROTEFELD HOFFMANN
700 Larkspur Landing Circle, Suite 280
Larkspur, CA 94939
Telephone: 415.344.9670
Facsimile: 415.989.2802

Attorneys for Plaintiff
AMERICAN FIRE & CASUALTY COMPANY

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY a/s/o Wiley Chandler,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY a Delaware Corporation and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00116-WBS-KJN<br><br>**PARTIES' STIPULATION AND ORDER CONTINUING PRE-TRIAL DISCOVERY DATES**<br><br>Action Filed: November 8, 2019<br>Trial Date:     January 10, 2023 |
| BEATRICE DAILY, EXECUTRIX OF THE ESTATE OF BYRON PAIZS, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY a Delaware Corporation and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.: 2:20-CV-00325-WBS-KJN |

Plaintiff American Fire & Casualty Company, Plaintiff Beatrice Daily, Executrix of the Estate of Byron Paizs, deceased, and Defendant Ford Motor Company jointly submit the following stipulation and proposed order seeking to extend the discovery deadlines provided in

1

1  the Court's Order dated January 4, 2022 re Modification of Pretrial Scheduling order (Docket
2  No. 32).
3      On January 4, 2022, the Court set the following dates to govern pre-trial discovery and
4  other related deadlines, including the trial date, for these cases:
5      Fact Discovery to be completed by: March 25, 2022
6      Plaintiff's Expert Witness Disclosures by: May 6, 2022
7      Defense Expert Witness Disclosures by: June 17, 2022
8      Expert Discovery to be completed by: July 29, 2022
9      Dispositive motions to be filed by: September 9, 2022
10      Final pre-trial conference: November 21, 2022
11      Trial (5 day jury): January 10, 2023
12      The parties have met and conferred and agree that a continuance of pre-trial dates, as well
13  as the trial date, is necessary in light of several factors, including the volume of discovery to be
14  still be completed including document production and review, third-party witness depositions,
15  and difficulties encountered due to COVID-19.
16      Therefore, the parties propose that the current Pre-trial Scheduling Order be modified to
17  continue the following fact and expert discovery deadlines as follows:
18      Fact Discovery to be completed by: May 27, 2022
19      Plaintiff's Expert Witness Disclosures by: July 8, 2022
20      Defense Expert Witness Disclosures by: August 19, 2022
21      Expert Discovery to be completed by: September 30, 2022
22      Dispositive motions to be filed by: November 18, 2022
23      Final pre-trial conference: February 13, 2023
24      Trial (5 day jury): March 27, 2023
25
26  ///
27  ///
28  ///

1  ///

2  IT IS SO STIPULATED.

3

4  Dated:  February 25, 2022					GROTEFELD HOFFMANN LLP

5

6								By: /s/ David K. Kestenbaum
									David Kestenbaum
7									Attorneys for Plaintiff AMERICAN FIRE &
									CASUALTY
8

9
10  Dated:  February 25, 2022					LAW OFFICES OF LAWRENCE M. KNAPP

11
12								By:  /s/ Catherine Knapp
									Catherine Knapp
13									Attorneys for Plaintiff
									BEATRICE DAILY, EXECUTRIX OF
14									THE ESTATE OF BYRON PAIZS,
									DECEASED
15

16
17  Dated:  February 25, 2022					MCDONALD TOOLE WIGGINS, P.C.

18
19								By:  /s/ Scott A. Richman
									Scott A. Richman (admitted pro hac vice)
20									Attorneys for Defendant FORD MOTOR
									CO.
21

22
23  Dated: February 25, 2022					SHOOK, HARDY & BACON LLP

24
25								By: /s/ Samantha Burnett
									Samantha Burnett
26									Attorneys for Defendant FORD MOTOR
									CO.
27

28

3

PARTIES' STIPULATION AND ORDER CONTINUING PRE-TRIAL DISCOVERY DATES

## ORDER

Based on the stipulation of the parties and good cause appearing, the Order re Modifications of Pretrial Scheduling order is modified as follows:

    Fact Discovery to be completed by: May 27, 2022

    Plaintiff's Expert Witness Disclosures by: July 8, 2022

    Defense Expert Witness Disclosures by: August 19, 2022

    Expert Discovery to be completed by: September 30, 2022

    Dispositive motions to be filed by: November 18, 2022

    Final pre-trial conference: **February 13, 2023, 1:30 p.m.**

    Jury Trial (5 day jury): **April 4, 2023, 9:00 a.m.**

**IT IS SO ORDERD.**

Dated: February 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE