Maura Walsh Ochoa (SBN 193799)
mochoa@ghlaw-llp.com
David Kestenbaum (SBN 253749)
dkestenbaum@ghlaw-llp.com
GROTEFELD HOFFMANN
700 Larkspur Landing Circle, Suite 280
Larkspur, CA 94939
Telephone: 415.344.9670
Facsimile: 415.989.2802

Attorneys for Plaintiff
AMERICAN FIRE & CASUALTY COMPANY

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY a/s/o Wiley Chandler, <br><br>Plaintiff, <br><br>vs. <br><br>FORD MOTOR COMPANY a Delaware Corporation and DOES 1 through 25, Inclusive, <br><br>Defendants. | Case No.: 2:20-cv-00116-WBS-KJN <br><br>**PARTIES' STIPULATION AND ORDER CONTINUING PRE-TRIAL DISCOVERY DATES** <br><br>Action Filed: November 8, 2019 <br>Trial Date:     April 4, 2023 |
| BEATRICE DAILY, EXECUTRIX OF THE ESTATE OF BYRON PAIZS, DECEASED, <br><br>Plaintiff, <br><br>vs. <br><br>FORD MOTOR COMPANY a Delaware Corporation and DOES 1 through 25, Inclusive, <br><br>Defendants. | Case No.: 2:20-CV-00325-WBS-KJN |

Plaintiff American Fire & Casualty Company, Plaintiff Beatrice Daily, Executrix of the Estate of Byron Paizs, deceased, and Defendant Ford Motor Company jointly submit the following stipulation and proposed order seeking to extend the discovery deadlines provided in

1

1 the Court's Order dated February 28, 2022 re Modification of Pretrial Scheduling order (Docket
2 No. 35).
3     On February 28, 2022, the Court set the following dates to govern pre-trial discovery and
4 other related deadlines, including the trial date, for these cases:
5     Fact Discovery to be completed by: May 27, 2022
6     Plaintiff's Expert Witness Disclosures by: July 8, 2022
7     Defense Expert Witness Disclosures by: August 19, 2022
8     Expert Discovery to be completed by: September 30, 2022
9     Dispositive motions to be filed by: November 18, 2022
10     Final pre-trial conference: February 13, 2023 at 1:30 p.m.
11     Jury Trial (5 day jury): April 4, 2023 at 9:00 a.m.
12     The parties have met and conferred and agree that a continuance of pre-trial dates related
13 to discovery deadlines, is necessary in light of several factors, including the volume of discovery
14 to be still be completed including document production and review, third-party witness
15 depositions, and difficulties encountered due to COVID-19 in securing and scheduling witness
16 depositions.  The below proposed dates will not impact the currently set dates for dispositive
17 motions, the pre-trial conference, or trial date.
18     Therefore, the parties propose that the current Pre-trial Scheduling Order be modified to
19 continue the following fact and expert discovery deadlines as follows:
20     Fact Discovery to be completed by: June 24, 2022
21     Plaintiff's Expert Witness Disclosures by: August 5, 2022
22     Defense Expert Witness Disclosures by: September 19, 2022
23     Expert Discovery to be completed by: October 28, 2022
24     Dispositive motions to be filed by: November 18, 2022
25     Final pre-trial conference: February 13, 2023 at 1:30 p.m.
26     Trial (5 day jury): April 4, 2023 at 9:00 a.m.
27 ///
28 ///

///

IT IS SO STIPULATED.

Dated: May 19, 2022                    GROTEFELD HOFFMANN LLP


                                       By: /s/ David Kestenbaum
                                           David Kestenbaum
                                           Attorneys for Plaintiff AMERICAN FIRE &
                                           CASUALTY


Dated: May 19, 2022                    LAW OFFICES OF LAWRENCE M. KNAPP


                                       By:  /s/ Catherine Knapp
                                           Catherine Knapp
                                           Attorneys for Plaintiff
                                           BEATRICE DAILY, EXECUTRIX OF
                                           THE ESTATE OF BYRON PAIZS,
                                           DECEASED


Dated:  May 19, 2022                   MCDONALD TOOLE WIGGINS, P.C.


                                       By:  /s/ Scott A. Richman
                                           Scott A. Richman (admitted pro hac vice)
                                           Attorneys for Defendant FORD MOTOR
                                           CO.


Dated: May 19, 2022                    SHOOK, HARDY & BACON LLP


                                       By: /s/ Samantha Burnett
                                           Samantha Burnett
                                           Attorneys for Defendant FORD MOTOR
                                           CO.

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Order re Modifications of Pretrial Scheduling order is modified as follows:

    Fact Discovery to be completed by: June 24, 2022

    Plaintiff's Expert Witness Disclosures by: August 5, 2022

    Defense Expert Witness Disclosures by: September 19, 2022

    Expert Discovery to be completed by: October 28, 2022

**IT IS SO ORDERD.**

Dated:  May 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PARTIES' STIPULATION AND ORDER CONTINUING PRE-TRIAL DISCOVERY DATES